App. Div.]          ·Fourth Department, November, 1908.

Fitch M. Davis, as Administrator with the Will Annexed of the Estate of William Bowen, Deceased, Respondent, v. William L. Olmstead, as Administrator, etc.; of John Coyne, Deceased, and Edward P. Coyne, Appellants, Impleaded with Matthew J. Murphy, Individually and as Guardian, etc., of William Bowen Haggerty and John J. Haggerty, Jr., and Others.— Judgment affirmed, with costs. All concurred, except Robson, J., not voting.

Julia Stevens, Respondent, v. Empire State Degree of Honor, Appellant.— Judgment and order affirmed, with costs. All concurred.

Corn King Husker Company, Plaintiff, v. C. Wood and Another, Appellants, Respondents, and United States Fidelity and Guaranty Company, Respondent, Appellant.— Order affirmed, without costs of this appeal to either party. All concurred, except Robson, J., not voting.

Louis Gorski, by Michael Slisz, His Guardian ad Litem, Respondent, v. Stanislaus Slisz, Impleaded with John Pitass, Appellant. — Judgment and order affirmed, with costs. All concurred, except Williams, J., who dissented.

Fred Hartmetz, Respondent, v. Buffalo Expanded Metal Company, Appellant. — Order affirmed, with costs. All concurred.

John H. Faulkner, Appellant, v. Nellie M. Faulkner, Respondent.— Judgment affirmed, with costs. All concurred.

Eliza S. Lowing, as Devisee and Legatee under the Last Will and Testament of James W. Lowing, Deceased, Respondent, v. Isabelle Lowing How, as Executrix, etc., of Charles M. Lowing, Deceased, Appellant, Impleaded with Albert H. Lowing.— Judgment affirmed, with costs. All concurred.

Caroline Schuman, Respondent, v. Peter R. Sleight and Another, as Executors, etc., Appellants.— Motion for reargument denied, with ten dollars costs.

James A. McCormick, Respondent, v. Syracuse Rapid Transit Railway Company, Appellant.— Motion for leave to appeal to Court of Appeals granted.

John L. Maher and Others, Respondents, v. Robert E. Jones, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

C. H. Rugg Company, Appellant, v. William L. Ormrod, Respondent.— Motion for leave to appeal to Court of Appeals granted.

J. Hewitt Morgan and Another, as, etc., Respondents, v. United States Mortgage and Trust Company, Appellant.— Motion to amend remittitur denied.

Brockport-Holley Water Company, Appellant, v. Village of Brockport, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

John W. Moyer and Charles W. Pratt, Appellants, v. John Wells and Merritt M. Tanner, Respondents.— Order modified by inserting therein the provision that the verdict and judgment already had shall stand as security for the payment of any judgment that may be finally recovered in the action, and as so modified affirmed, without costs of this appeal to either party. All concurred.

In the Matter of the Application of William W. Howland to Discontinue a Portion of a Highway in the Town of Manchester, and the Assessment of Damages Therefor. Adelbert C. Merritt, Appellant, v. William W. Howland, Respondent. — Order affirmed, without costs of this appeal to either party. All concurred.